# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| LIONELL JACKSON, | |
| Plaintiff, | |
| vs. | 2:17-cv-00634-APG-VCF |
| ROMEO ARANAS, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Plaintiff's Motion for Court to Issue Order to U.S. Marshal to Serve Defendant Lorrie Stewart (ECF Nos. 16 & 17).

On July 16, 2018, the Attorney General accepted service on behalf of Defendants Remeo Aranas and A. Buencamino. Service was not accepted on behalf of Defendant Lorrie Stewart. (ECF No. 11). Defendant Stewart's last known address was filed under seal. Plaintiff now seeks the Court to extend time to effectuate service and for an order authorizing the U.S. Marshal to serve Defendant Stewart with a copy of the Complaint and Summons[1].

Plaintiff has given sufficient reason for the court to grant his request.

Accordingly,

---

[1] Plaintiff's request for the Court to issue a Summons on Defendant Lorrie Stewart is stated in his letter in ECF NO. 15-1. Normally, any requests must be styled as a motion. The Court considers the goal of Federal Rule of Civil Procedure 1. The guiding premise of the Rules is that the Rules "should be construed and administered to secure the just, speedy, and inexpensive determination of every action." FED. R. CIV. P. 1. Given that Plaintiff is pro se and considering the efficiency in this matter, the Court will consider Plaintiff's request to issue Summons in letter form.

1    IT IS HEREBY ORDERED that is Plaintiff's Motion for Court to Issue Order to U.S. Marshal to
2    Serve Defendant Lorrie Stewart (ECF Nos. 16 & 17) is GRANTED.
3    The Clerk of Court is directed to reissue Summons to Lorrie Stewart at the address provided under
4    sealed in ECF No. 12 and deliver same to the U.S. Marshal for service. The clerk is directed to mail to
5    plaintiff the USM-285 form. The clerk is directed to send copy of the Complaint, Summons, and copy of
6    this order to the U.S. Marshal for service on Defendant Stewart. Plaintiff has thirty (30) days within which
7    to furnish to the U.S. Marshal the required USM-285 form with relevant information as to Stewart.
8    Within twenty (20) days after plaintiff receives copy of the completed USM-285 form from the
9    U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff
10   wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the
11   court.
12   IT IS FURTHER ORDERED that the time to effectuate service on Defendant Stewart is extended
13   to December 10, 2018.
14   DATED this 10th day of October, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE